**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 02-7174**

————————————

AHOTO TAYSIR MULAZIM, a/k/a Harold Carpenter,

Plaintiff - Appellant,

and

KEVIN CANADA; JASON HILLYARD; ANTONIO JOHNSON;
KHALID MUHAMMAD, a/k/a Antonio Waddler; LONNIE
MCDONOVAN GHOLSON; CHRISTOPHER TINKER; ARTHUR
D. NEWBY; DAMIEON CARTER; DENNIS BOYD,

Plaintiffs,

versus

RONALD J. ANGELONE; GENE M. JOHNSON; LINDA
SHEAR, Head Dietician, Virginia Department of
Corrections; DAN BRAXTON, Chief Warden; JOHN
ARMENTROUT, Assistant Warden of Operations,
Red Onion; R. W. FLEMING, Chief of Security,
Red Onion; INSTITUTIONAL INVESTIGATOR YATES;
L. MULLINS, Treatment Program Supervisor, Red
Onion; V. PHIPPS, Director of Nursing, Red
Onion; D. MCKNIGHT; P. SAUL, Human Rights
Advocate, Red Onion; A. FLEENOR, Human Rights
Advocate, Red Onion; RICHARD A. YOUNG,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-02-557-7)

————————————

Submitted: November 7, 2002          Decided: November 14, 2002

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ahoto Taysir Mulazim, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahoto Taysir Mulazim appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915A (2000). Because Mulazim may cure any deficiency by filing an amended complaint, we dismiss the appeal for lack of jurisdiction, because the judgment is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED